UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 8:07-cr-83-T-24TBM

DAVID JOHN McGUIGAN

    Defendant.
_____

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for a Forfeiture Money Judgment, **which, at sentencing, shall be a final judgment of forfeiture as to defendant David McGuigan**. For good cause shown, the motion of the United States is GRANTED.

The Court, being fully advised in the premises, hereby finds that the government has established that the amount of proceeds obtained by the conspiracy to commit wire fraud, contrary to the provisions of 18 U.S.C. § 371, for which the defendant is responsible, is $89.826.19. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that defendant David McGuigan is liable for a forfeiture money judgment in the amount of $89.826.19, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1).

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the value of the $89.826.19 money judgment as substitute assets in satisfaction of this judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

The Court shall retain jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this 10th day of September, 2007.

HONORABLE SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE